## NO. <u>006-83651-2013</u>

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COUNTY COURT** |
| | § | |
| **V.** | § | |
| | § | **AT LAW NO. 6** |
| | § | |
| **JEB BROWN** | § | |
| *Defendant* | § | |
| | § | **COLLIN COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/11/2015 8:39:21 AM
LISA MATZ
Clerk

---
### DEFENDANT'S NOTICE OF APPEAL
---

## TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Jeb Brown, Defendant in the above styled and numbered cause,

and gives this written notice of appeal to the Court of Appeals of the State of

Texas (5TH District Court of Appeals at Dallas, Texas) from the judgment of

conviction and sentence herein rendered against Jeb Brown.

Respectfully submitted,

By: _____

**ASHKAN MEHRYARI**
Texas Bar No. 24068608
**MODJARRAD | ABUSAAD | SAID LAW FIRM**
212 W. Spring Valley Rd.
Richardson, Texas 75081
Tel. (972) 789-1664/Fax. (972) 789-1665
amehryari@modjarrad.com

### CERTIFICATE OF SERVICE

I certify that on the April 14, 2014, a true and correct copy of this Notice was served on the Office of District Attorney of Collin County via hand delivery and email to Rachel Tran at rtran@co.collin.tx.us.

_____
Ashkan Mehryari

**ODY
SCANNED**

---
**MOTION FOR NEW TRIAL**                                                      **Page 1 of 1**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| V. | § | AT LAW NO. 6 |
| | § | |
| | § | |
| JEB BROWN | § | |
| *Defendant* | § | COLLIN COUNTY, TEXAS |

## MOTION FOR NEW TRIAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes JEB BROWN, Defendant, by and through his attorney of record, Ashkan Mehryari, and moves this Court to grant him a new trial for the good and sufficient reason that the verdict is contrary to the law and evidence.

JEB BROWN prays that this Honorable Court grant him a new trial.

Respectfully submitted,

By: _____
**ASHKAN MEHRYARI**
Texas Bar No. 24068608
**MODJARRAD | ABUSAAD | SAID LAW FIRM**
212 W. Spring Valley Rd.
Richardson, Texas 75081
Tel. (972) 789-1664/Fax. (972) 789-1665
amehryari@modjarrad.com

### CERTIFICATE OF SERVICE

I certify that on the April 14, 2014, a true and correct copy of this Notice was served on the Office of District Attorney of Collin County via hand delivery and email to Rachel Tran at rtran@co.collin.tx.us.

_____
Ashkan Mehryari

ODY SCANNED

## NO. <u>006-83651-2013</u>

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COUNTY COURT** |
| | § | |
| | § | |
| **V.** | § | **AT LAW NO. 6** |
| | § | |
| **JEB BROWN** | § | |
| *Defendant* | § | **COLLIN COUNTY, TEXAS** |

---

### ORDER ON MOTION FOR NEW TRIAL

---

On ~~16 Apl 2014~~ the Court considered the Defendant's MOTION FOR NEW TRIAL and

hereby:

✓ Grants the Defendant a New Trial; or ~~on punishment phase only, Verdict on punsht was not in accordance with §12.22. (aw)~~

~~o Denies Defendant's Motion for New Trial~~

SIGNED on ___16 Apl 2014___ .

_____
JUDGE PRESIDING

---

**MOTION FOR NEW TRIAL**          Page 1 of 1

3

| THE STATE OF TEXAS | IN THE COUNTY COURT |
|---|---|
| VS. | AT LAW # 6 |
| JEB STEVENS BROWN | COLLIN COUNTY, TEXAS |

### JUDGMENT - PLEA OF NOT GUILTY BEFORE JURY - FOUND GUILTY
### PUNISHMENT BY JURY - FINAL CONVICTION

The defendant has been charged by information with the misdemeanor offense of **Criminal Mischief >=$50<$500**. This case was called for trial; the State of Texas appeared; and the defendant appeared and either had counsel or waived counsel, any waiver having been voluntarily, knowingly, and intelligently made. Both parties announced ready for trial. The defendant was arraigned or waived arraignment and pleaded Not Guilty. A jury was duly selected, impaneled and sworn.

And after hearing the information read, the defendant's plea, and the evidence submitted, the jury was then duly charged according to the law to determine the guilt or innocence of the defendant. After hearing arguments of counsel, the jury retired in charge of the proper officer to consider its verdict. The jury returned a verdict of "Guilty."

The defendant elected that the Jury assess the punishment. After hearing the evidence submitted, the jury was then duly charged according to the law to determine the punishment of the defendant. After hearing arguments of counsel, the jury retired in charge of the proper officer to consider its verdict. The jury assessed a fine of **$200.00** and term of confinement of **0 days**.

It is further ordered that the amount paid to the defendant's appointed counsel is taxed against the defendant as costs, in an amount determined by the Court, as well as a one $25.00 Time Payment Fee, if applicable. To correct a cost bill, the County Clerk is granted leave to amend it without further written order that any proper but omitted amount is due, even in cases where costs have been previously paid.

It is further ORDERED, ADJUDGED and DECREED that all writs, processes, commitments, and capiases may issue for enforcement of any fine, cost, and term-and-condition incarceration ordered as a condition of supervision.

It is therefore ORDERED, ADJUDGED, and DECREED that the defendant is guilty of the misdemeanor offense of **Criminal Mischief >=$50<$500** committed **on this the 10th day of April, 2013**, as charged in the Information. It is further ordered that the defendant be remanded to the custody of the Sheriff of Collin County, Texas, to be confined until all such costs and fines are paid and until the term of confinement has expired, with **1 day** credit for time already served in custody.

**SIGNED on this the 19th day of March, 2014.**

I am the defendant who
received this judgment
and sentence assessed
on this date.



RIGHT THUMB

_____
Jay Bender
Judge Presiding

| | |
|---|---|
| COURT COST: | $272.00 |
| FINE | $200.00 |
| FINE AND COST DUE | 30 days |

NO. 006-83651-2013

| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| VS. | § | AT LAW NUMBER 6 |
| JEB STEVENS BROWN | § | COLLIN COUNTY, TEXAS |

### Trial Court's Certification of Defendant's Right of Appeal

I, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, (or)

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, (or)

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, (or)

☐ is a plea-bargain case, and the defendant has NO right of appeal, (or)

☐ the defendant has waived the right of appeal.

☐ This certification is made subsequent to a revocation of probation or adjudication of guilt.

Date signed __April 23, 2014__

_____
Judge Presiding

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)

_____
Mailing Address

_____
City, State

_____
Telephone (Voice)

_____
Telephone (Fax)

__Ashkan Mehryari__
Defendant's Counsel

__24068608__
Bar Card Number

__212 W. Spring Valley Rd.__
Mailing Address

__Richardson, Texas 75081__
City, State

__(972) 789-1664__
Telephone (Voice)

__(972) 789-1665__
Telephone (Fax)

"A defendant in a criminal case has the right of appeal under these rules. In a plea bargain case – that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

5



# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 6 OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 26th day of January, 2015, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| JEB STEVENS BROWN, Appellant | On Appeal from the County Court at Law No. 6, Collin County, Texas |
| No. 05-14-00499-CR    V. | Trial Court Cause No. 006-83651-2013. Opinion delivered by Justice Brown. Justices |
| THE STATE OF TEXAS, Appellee | Bridges and Fillmore participating. |

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 26th day of January, 2015.

_____
LISA MATZ, Clerk

**ODY
SCANNED**

' D
COUNTY COURT AT LAW

JAN 27 2015

STACEY KEMP COUNTY CLERK
COLLIN COUNTY TEXAS
BY _____

6



*Criminal Docket No. 006-83651-2013*

## STATE OF TEXAS

## VS.

## JEB STEVENS BROWN

## CHARGE OF THE COURT

MEMBERS OF THE JURY:

By a previous jury verdict returned in this case, the defendant was adjudged guilty of the class "B" misdemeanor offense of criminal mischief. It is necessary that you jurors assess the punishment for this offense.

You are instructed an individual adjudged guilty of a Class B misdemeanor shall be punished by:

      (1) a fine not to exceed $2,000;

      (2) confinement in jail for a term not to exceed 180 days; or

      (3) both such fine and confinement.

Therefore, you will assess the punishment for the defendant within that range.

You are further instructed that in fixing the defendant's punishment you may take into consideration all the facts shown by the evidence admitted before you in the full trial in this case and the law as submitted to you in this charge.

Your verdict must be a unanimous vote of all members of the jury. In arriving at your verdict, it will not be proper to determine it by lot, chance, or any other method than by a full, fair, and free exercise of the opinion of the individual jurors under the evidence admitted before you.

Signed this the 4th day of March, 2015.

JAY A. BENDER
Judge Presiding

7

# VERDICT

The defendant having been previously been adjudged guilty as charged in the information, we, the jury,

assess a fine of $____Ø____(answer with a dollar amount not to exceed $2,000 or "NONE" if you choose not to assess a fine)

and set the defendant's punishment of confinement in the county jail for a period of

__1 day__ (answer with a term not more than 180 days).

(signature) _____

(printed name) __LEONARD SCOTT BROWN__

**PRESIDING JUROR**

8

THE STATE OF TEXAS

VS.

JEB STEVENS BROWN

IN THE COUNTY COURT

AT LAW # 6

COLLIN COUNTY, TEXAS

## AMENDED - APPEAL
## JUDGMENT - PLEA OF NOT GUILTY BEFORE JURY - FOUND GUILTY
## PUNISHMENT BY JURY - FINAL CONVICTION

The defendant has been charged by information with the misdemeanor offense of **Criminal Mischief >=$50<$500**. This case was called for trial; the State of Texas appeared; and the defendant appeared and either had counsel or waived counsel, any waiver having been voluntarily, knowingly, and intelligently made. Both parties announced ready for trial. The defendant was arraigned or waived arraignment and pleaded Not Guilty. A jury was duly selected, impaneled and sworn.

And after hearing the information read, the defendant's plea, and the evidence submitted, the jury was then duly charged according to the law to determine the guilt or innocence of the defendant. After hearing arguments of counsel, the jury retired in charge of the proper officer to consider its verdict. The jury returned a verdict of "Guilty."

The defendant elected that the Jury assess the punishment. After hearing the evidence submitted, the jury was then duly charged according to the law to determine the punishment of the defendant. After hearing arguments of counsel, the jury retired in charge of the proper officer to consider its verdict. The jury assessed a fine of **$0.00** and term of confinement of **1 day**.

It is further ORDERED that the amount paid to the defendant's appointed counsel is taxed against the defendant as costs (only if the Court makes the determination that the defendant is no longer indigent) in an amount determined by the Court as well as a one $25.00 Time Payment Fee, if applicable. To correct a cost bill, the County Clerk is granted leave to amend it without further written order that any proper but omitted amount is due, even in cases where costs have been previously paid.

It is further ORDERED, ADJUDGED and DECREED that all writs, processes, commitments, and capiases may issue for enforcement of any fine, cost, and term-and-condition incarceration ordered as a condition of supervision.

It is therefore ORDERED, ADJUDGED, and DECREED that the defendant is guilty of the misdemeanor offense of **Criminal Mischief >=$50<$500** committed **on this the 10th day of April, 2013**, as charged in the Information. It is further ordered that the defendant be remanded to the custody of the Sheriff of Collin County, Texas, to be confined until all such costs and fines are paid and until the term of confinement has expired, with **1 day** credit for time already served in custody.

Punishment amended after receiving the 5th Court of Appeals decision.

**SIGNED on this the 4th day of March, 2015.**

I am the defendant who
received this judgment
and sentence assessed
on this date.

_____

RIGHT THUMB

_____
**Jay Bender**
**Judge Presiding**

COURT COST:                    $319.00
FINE                             $0.00
FINE AND COST DUE              30 days

ODY
SCANNED

9

| STATE OF TEXAS | § | IN THE COUNTY COURT |
| --- | --- | --- |
| | § | |
| | § | |
| V. | § | AT LAW NO. 6 |
| | § | |
| JEB BROWN | § | |
| *Defendant* | § | COLLIN COUNTY, TEXAS |

---

## DEFENDANT'S NOTICE OF APPEAL

---

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Jeb Brown, Defendant in the above styled and numbered cause,

and gives this written notice of appeal to the Court of Appeals of the State of

Texas (5TH District Court of Appeals at Dallas, Texas) from the judgment of

conviction and sentence herein rendered against Jeb Brown.



Respectfully submitted,

By: _____

**ASHKAN MEHRYARI**
Texas Bar No. 24068608
**MODJARRAD | ABUSAAD | SAID LAW FIRM**
212 W. Spring Valley Rd.
Richardson, Texas 75081
Tel. (972) 789-1664/Fax. (972) 789-1665
amehryari@modjarrad.com

### CERTIFICATE OF SERVICE

I certify that on the March 4, 2016, a true and correct copy of this Notice was served on the Office of District Attorney of Collin County via hand delivery and email to Katherine Nolden.

_____
Ashkan Mehryari

---

**MOTION FOR NEW TRIAL**                                              Page 1 of 1

ODY   10
SCANNED